IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DOUGLAS L. PENNINGTON )
Reg. No. 26550-044 )
Federal Correctional Complex (Low) )
Post Office Box 9000 )
Forrest City, Arkansas 72336-9000, )
 )
 Plaintiff, )   CASE NUMBER  1:06CV01808
 )
 v. )   JUDGE: Richard W. Roberts
 )
UNITED STATES DEPARTMENT )   DECK TYPE: FOIA/Privacy Act
OF JUSTICE )
950 Pennslyvania Ave., N.W. )   DATE STAMP: 10/17/2006
Washington, DC 20530, )
 )
 Defendant. )

COMPLAINT TO COMPEL RELEASE OF RECORDS PURSUANT TO THE
FREEDOM OF INFORMATION ACT

COMES NOW DOUGLAS L. PENNINGTON, pro se, and for his cause of action against the Defendant, United States Department of Justice, states as follows:

1. Plaintiff is a citizen of the United States, and is currently confined at the Federal Correctional Institution in Forrest City, Arkansas, pursuant to a judgment and commitment order issued by the United States District Court for the Eastern District of Missouri.

2. Defendant, United States Department of Justice, is a department within the Executive Branch of the Government of the United States of America.

3. The United States Department of Justice maintains a system of records in the ordinary course of its business, including, but not limited to, records which disclose the date an individual applies for the position of Assistant United States Attorney,

- 1 -

the date the background investigation by the Federal Bureau of Investigation commenced, the date the background investigation was completed, the date the position was offered to the individual, as well as the date the individual was appointed as Assistant United States Attorney, and the date the individual took his oath of office.

    4.    The Executive Office for United States Attorneys denied providing the requested information to the Plaintiff on the ground it constituted an unwarranted invasion of the personal privacy of the Assistant United States Attorney.

    5.    Plaintiff filed an administrative appeal with the United States Department of Justice, but the time for answering the administrative appeal has expired and no decision has been made regarding the Plaintiff's appeal to the U.S. Department of Justice.

    6.    Plaintiff has elected to treat the failure to respond to his administrative appeal of the Executive Office for U.S. Attorney's action in not ruling on the appeal within the time provided by law an a denial of the requested material. Accordingly, Plaintiff has exhausted his administrative remedies in seeking the records he has requested.

    7.    This Court has the jurisdiction to hear and decide a case involving a claim under Freedom of Information Act, 5 U.S.C. §552(4)(b)(viii)(B).

    8.    Plaintiff's request to the Department of Justice was very narrowly drawn, wherein he sought the specific date the Assistant United States Attorney by the name of Keith Sorrell,

whose duty station is at Cape Girardeau, Missouri, applied for the position of Assistant United States Attorney, the date the background investigation commenced, the date the background investigation was completed, the date the position of Assistant United States Attorney was offered to him as well as the date Mr. Sorrell took the oath of office.

9. The Executive Office for United States Attorneys maintains the records Plaintiff seeks in its offices in Washington, D.C.

10. The Executive Office for United States Attorneys refused to provide the requested information without just cause and excuse, and its claim that to provide the Plaintiff such information would be an unreasonable invasion of Mr. Sorrell's personal privacy.

11. The Plaintiff has not sought a copy of the text of any of the records other than the date(s) the events Plaintiff specified occurred.

12. The records which Plaintiff seeks are available and the actual content of the records , other than the dates the events occurred, can be supplied to the Plaintiff in a form that omits any material that constitutes an invasion of personal privacy, and the remainder of the record provided to plaintiff.

13. The withholding of the records requested by the Plaintiff is arbitrary and capricious, and in contravention of the Plaintiff's right to the records he seeks.

**WHEREFORE**, for the foregoing reasons, Plaintiff prays an Order of this Court directing the Defendant to provide Plaintiff with a copy of the records he identified in his written request,

together with an award for his costs herein expended, including attorneys fees, together with such further relief as to the Court shall seem just and proper in the premises.


Respectfully submitted,

*Douglas L. Pennington*
DOUGLAS L. PENNINGTON
Reg. No. 26550-044
Federal Correctional Institution
Post Office Box 9000
Forrest City, Arkansas 72336-9000,

Plaintiff, pro se


State of Arkansas      )
                       ) ss.
County of St. Francis  )

    Personally appeared before me, an individual empowered to administer oaths and afformations, the aforesaid DOUGLAS L. PENNINGTON, who, upon being sworn, and upon his oath did state to me that the allegations contained in the foregoing Complaint are true and correct according to his best knowledge, information, and beleif.

    **IN WITNESS WHEREOF,** I have placed my hand and the seal of my office hereon, on this 7 day of September, 2006.

                              Case Manager

CASE MANAGER, AUTHORIZED BY
ACT OF JULY 7, 1955, AS
AMENDED TO ADMINISTER OATHES.
(18 USC 4004).

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**
Douglas L. Pennington
Reg. No. 26550-044
Post Office Box 9000
Forrest City, AR 72336-9000

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF St.Francis
(EXCEPT IN U.S. PLAINTIFF CASES) 6088

**DEFENDANTS**
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT D.C.

CASE NUMBER  1:06CV01808
JUDGE: Richard W. Roberts
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 10/17/2006

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Douglas L. Pennington #26550-044
Post Office Box 9000
Forrest City, AR 72336-9000

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
(FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

Case 1:06-cv-01808-RWR   Document 1-2   Filed 10/17/2006   Page 2 of 2

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br>☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ Multi district Litigation
☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 U.S.C. §552
Request Order compelling disclosure of records.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐    DEMAND $    Check YES only if demanded in complaint
JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 09/27/06   SIGNATURE OF ATTORNEY OF RECORD  *Douglas L. Tennington*

10/17/06

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



N:\forms\js-44.wpd