IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS L. PENNINGTON<br>Reg. No. 26550-044<br>Federal Correctional Institution<br>Post Office Box 9000<br>Forrest City, Arkansas 72336-9000,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530,<br><br>    Defendant. | **FILED**<br><br>OCT 1 7 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>CASE NUMBER  1:06CV01808<br><br>JUDGE: Richard W. Roberts<br><br>DECK TYPE: FOIA/Privacy Act<br><br>DATE STAMP: 10/19/2006 |

### MOTION FOR AN ORDER DIRECTING THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLUMBIA TO SERVE SUMMONSES

   COMES NOW DOUGLAS L. PENNINGTON, pro se and moves the Court to enter its Order directing the United States Marshal to serve the summonses upon the United States Attorney for the District of Columbia and the Attorney General of the United States in the captioned cause, and in connection with this motion, shows the Court as follows:

   1.   Plaintiff is an inmate confined at the Federal Correctional Complex (Low) at Forrest City, Arkansas, pursuant to a judgment and commitment order issued by the United States District Court for the Eastern District of Missouri.

   2.   While Plaintiff is able to pay the filing fee in this case in the amount of $350.00, he does not have the means to cause the summonses to be served in this case, although he can pay the cost of the service fees charged by the United States Marshal.

   3.   Plaintiff is given to understand that, normally, the Plaintiff in a civil action must make arrangements for service of

process. However, because Plaintiff is confined, and not able to make arrangements for the service of process, Plaintiff cannot effect service of process himself.

    4.    In this case, both the Attorney General of the United States and the United States Attorney for the District of Columbia must be served with process.

    5.    Plaintiff is willing to pay the cost of the service of process by the United States Marshal for the District of Columbia to serve the summones with the complaint attached, in the captioned cause.

**WHEREFORE**, Plaintiff prays an Order of the Court directing the United States Marshal for the District of Columbia to serve the summonsses with the complaint attached, on the Attorney General of the United States and the United States Attorney for the District of Columbia.

Respectfully submitted,

*Douglas L. Pennington*
DOUGLAS L. PENNINGTON
Reg. NO. 26550-044
Federal Correctional Complex (Low)
Post Office Box 9000
Forrest City, Arkansas 72336-9000,

Plaintiff, pro se

## CERTIFICATE OF SERVICE

This is to certify the undersigned did mail a true and correct copy of the foregoing

    MOTION FOR AN ORDER DIRECTING THE UNITED STATES MARSHAL
       FOR THE DISTRICT OF COLUMBIA TO SERVE SUMMONSES

TO:

        United States Attorney
        District of Columbia
        501 Third Street, NW
        Washington, DC 20001

by first class mail, in a wrapper addressed as aforesaid with sufficient first-class postage prepaid and affixed thereto, on this 1st day of October, 2006.

*[signature: Douglas L. Pennington]*
--------------------------------
      Douglas l. Pennington