IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DOUGLAS L. PENNINGTON            )
Reg. NO. 26550-044               )
Federal Correctional Institution )
Post Office Box 9000             )
Forrest City, Arkansas 72336-9000, )
                                 )
        Plaintiff,               )
                                 )
        v.                       )    Case No. 1:06CV01808
                                 )    Judge: Richard W. Roberts
U. S. DEPARTMENT OF JUSTICE,     )
                                 )
        Defendant.               )

## DECLARATION OF SERVICE

COMES NOW DOUGLAS L. PENNINGTON, who upon his oath, and under the pains and penalties of perjury, does state and declare that he effected service in the captioned case pursuant to Rule of the Federal Rules of Civil Procedure in that:

1. He did cause to be mailed by certified mail, return receipt requested, No. 7006 0810 0003 7619 3179, addressed to the to the civil docket clerk, United States Attorney's Office, District of Columbia, 5806 Judiciary Center Building, 444 4th Street, N.W., Washington, D.C. 20001, a copy of the complaint on file in the captioned cause, with the summons attached thereto, all in accordance with the provisions of Rule 4(i)(A) of the Federal Rules of Civil Procedure and the same was received by the addressee on November 20, 20006. The Return receipt was not returned, but the track and confirm service of the United States Postal Service confirmed that article No. 7006 0810 0003 7618 3179 was delivered on November 20, 2006. A true copy of the track and confirm is attached hereto as

Exhibit 1.

2. He did cause to be mailed by certified mail, return receipt requested, No. 7006 0810 0005 3660 1865, addressed to the Attorney General of the U.S., U.S. Department of Justice, 950 Pennsylvania Avenue, N.W. Washington, D.C. 20530 the complaint and summons in the above-stated case, and in due course received the return receipt (green card) by return mail, indicating the complaint and summons were received by the Attorney General on November 14, 2006, which is attached hereto as Exhibit 2.

Respectfully submitted,

*/s/ Douglas L. Pennington*
Douglas L. Pennington
Reg. No. 26550-044
Federal Correctional Institution
Post Office Box 9000
Forrest City, Arkansas 72336-9000

State of Arkansas   )
                    ) ss.
County of St. Francis )

Personally appeared before me, an individual empowered to administer oaths and affirmations, the aforesaid Douglas L. Pennington, who, upon being sworn, and upon his oath, did state and declare the factual allegations contained in the foregoing Declaration of Service are true and correct, and the Exhibits attached thereto are true and correct.

IN WITNESS WHEREOF, I have placed my hand and the seal of my office hereon, on this 6 day of December, 2006.

_____
Case Manager

CASE MANAGER, AUTHORIZED BY ACT OF JULY 7, 1955, AS AMENDED TO ADMINISTER OATHES. (18 USC 4004)

- 2 -



Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0003 7619 3179**
Status: **Delivered**

Your item was delivered at 4:53 AM on November 20, 2006 in WASHINGTON, DC 20530.

[ Additional Details > ]   [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   [ Go > ]

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

EXHIBIT 1



L. Pennington
26550-044
Correctional Complex (Low)
fice Box 9000
City, AR 72336-9000

Civil Docket Clerk
U.S. Attorney's Office
District of Columbia
5806 Judiciary Center Bldg.
555 4th St. N.W.
Washington, DC 20001

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Docket Clerk
U.S. Attorney's Office
District of Columbia
5806 Judiciary Center Bldg.
555 4th St. N.W.
Washington, DC 20001

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 0810 0003 7619 3179

PS Form 3811, February 2004

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Attorney General of the U.S.<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7006 0810 0005 3660 1865 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

EXHIBIT 2