IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOUGLAS L. PENNINGTON )
Reg. No. 26550-044 )
Federal Correctional Institution )
Post Office Box 9000 )
Forrest City, Arkansas 72336-9000, )
)
    Petitioner, )
)
    v. )
)
U.S. DEPARTMENT OF JUSTICE, )
)
    Defendant. )

RECEIVED
DEC 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 1:06CV01808
Judge Richard W. Roberts

## SUPPLEMENTAL DECLARATION OF SERVICE

**COMES NOW DOUGLAS L. PENNINGTON**, who, upon his oath and under the pains and penalties of jerjury, does state and declare as follows:

1. He has previously furnished the Court with a Declaration of Service providing PS Form 3811 Domestic Return Receipt for article No. 7006 0810 0005 3660 1865 showing the Attorney General of the United States was served on November 14, 2006 by certified mail.

2. At that time, the Plaintiff had not yet received the PS Form 3811 Domestic Service Receipt for Article No. 7006 0810 0003 7619 3179, although a copy of the U.S. Postal Service Track and Confirm was submitted.

3. Plaintiff has now received the PS Form 3811 Domestic Service Receipt for article No. 7006 0810 003 7619 3179 from the U.S. Postal Service showing that it was received by the Civil DOcket Clerk for the U.S. Attorney's Office for the District of Columbia on December 6, 2006. The Original of the said PS Form 3811, Domestic Return Receipt is attached hereto as Exhibit 3.

- 1 -

4. Petitioner further certifies that he did mail by certified mail, return receipt requested, No. 7006 0810 0003 7619 3179, addressed to the Civil Docket Clerk, U.S. Attorney's Office, District of Columbia, 5006 Judiciary Center Building, 555 4th Street, N.W., Washington, DC 20001, a copy of the complaint filed in the captioned cause, attached to a summons issued by this Court in the cause, and has received through the United States Mail, the attached Exhibit 3, indicating receipt of the complaint and summons on December 6, 2006.

Respectfully submitted,

*Douglas L. Pennington*
DOUGLAS L. PENNINGTON
Reg. No. 26550-044
Federal Correctional Institution
Post Office Box 9000
Forrest City, Arkansas 72336-9000

State of Arkansas,    )
                      ) ss.
County of St. Francis )

Personally appeared before me, an individual empowered to administer oaths and affirmations, the aforesaid Douglas L. Pennington, who, upon being sworn, and upon his oath, did state and declare the factual allegations contained in the foregoing Supplemental Declaration of Service are true and correct.

IN WITNESS WHEREOF, I have placed my hand and the seal of my office of this 12 day of December, 2006.

_____
Case Manager

CASE MANAGER, AUTHORIZED BY
ACT OF JULY 7, 1955, AS
AMENDED TO ADMINISTER OATHES.
(18 USC 4004).

Pennington v. U.S. Department of Justice                Case No. 1:06CV01808

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Civil Docket Clerk<br>U.S. Attorneys Office<br>District of Columbia<br>5806 Judiciary Center Bldg.<br>555 4th St. N.W.<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered     ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0003 7619 3179 |
| PS Form 3811, February 2004 | Domestic Return Receipt     102595-02-M-1540 |

EXHIBIT 3

- 3 -