***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF COLUMBIA***

*DOUGLAS L. PENNINGTON,* )
)
*Plaintiff,* )
)
*v.* ) *Civil Action No. 06-1808 (RWR)*
)
*UNITED STATES DEPARTMENT OF JUSTICE,*)
)
*Defendant .* )
______________________________________)

*DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME*

Defendant, through undersigned counsel, respectfully moves for an enlargement of time, to and including February 7, 2007, within which to answer, move or otherwise respond to the Complaint in the above-captioned case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. In support of this motion, defendant states the following:

1. This FOIA case is brought against the Department of Justice, and involves records plaintiff requested from the Executive Office for U.S. Attorneys. The Answer to the Complaint is currently due on January 3, 2007.

2. Undersigned counsel requests this enlargement of time in order to provide time to obtain information regarding plaintiff's FOIA request to the Executive Office and to form a response to the Complaint based on that information. Due to the intervening holidays and the absences of employees who were or continue to be on leave, the

undersigned has not had an opportunity to fully investigate the background of this case or to obtain the information necessary to Answer the Complaint.

3. Defendant also anticipates that once adequate information is obtained, Defendant may be filing a dispositive motion and requests this additional time to investigate and prepare such a motion.

4. Undersigned counsel also has had several competing demands on her schedule over the past few and next weeks. Specifically, counsel was out of the office for parts of the month of December. Counsel, who also has the responsibility for supervising the U.S. Attorney's Office's preparation of briefs in response to petitions for review in the various courts of appeals challenging final orders of removal in immigration matters, had a particularly heavy number of such petitions occupying her attention in December and has an additional six such petitions to prepare or review in January.

5. This is defendant's first enlargement of time in this case. Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendant therefore has not obtained his position as to the relief requested.

A proposed order granting this motion for enlargement is attached.

WHEREFORE, Defendant respectfully requests that this motion be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm E4114
555 4th Street, N.W.
Washington, D.C. 20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on January 3, 2007, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Douglas L. Pennington
#26550-044
Federal Correctional Complex (Low)
P.O. Box 9000
Forest City, Arkansas 72336-9000

____________/s/______________________

Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C. 20530
(202) 514-7135

***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF COLUMBIA***

| | | |
|---|---|---|
| *DOUGLAS L. PENNINGTON,* | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | *Civil Action No. 06-1808 (RWR)* |
| | ) | |
| *UNITED STATES DEPARTMENT OF JUSTICE,* | ) | |
| | ) | |
| *Defendant .* | ) | |
| ______________________________________ | ) | |

P R O P O S E D   O R D E R

UPON CONSIDERATION of defendant's motion for enlargement of time, any response thereto, and the record in this case, it is this _______ day of _______________, 2007

ORDERED that the motion should be, and hereby is, GRANTED, and it is further

ORDERED that the defendant shall have to and including February 7, 2007 within which to answer, move, or otherwise respond to the Complaint in this case.

______________________________________
UNITED STATES DISTRICT JUDGE