```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

DOUGLAS L. PENNINGTON,            )
                                  )
        Plaintiff,                )
                                  )
    v.                            ) Civil Action No. 06-1808 RWR
                                  )
EXECUTIVE OFFICE FOR THE U.S.     )
    ATTORNEY'S,                   )
                                  )
        Defendant.                )
_____)
```

## **DEFENDANT EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEY'S MOTION FOR ENLARGEMENT OF TIME**

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file an answer, or otherwise respond to Plaintiff's Complaint to March 7, 2007. Defendant's response is currently due on February 7, 2007. Inasmuch as Plaintiff, Pro se, Douglas L. Pennington, is a prisoner, Counsel for the Defendant did not attempt to contact him concerning his position on this motion.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." The Rule does not require counsel to discuss those motions with pro se litigants. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any non-prisoner pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

This case seeks redress for Defendant's alleged failure to comply with the Freedom of Information Act, 5 U.S.C. §552. Defendant anticipates filing a dispositive motion in lieu of an answer, but the undersigned will need additional time to consult with agency counsel in order to prepare the motion. Further, this extension is sought in good faith and it does not appear that Plaintiff would be unfairly prejudiced by this enlargement.

WHEREFORE, based on the foregoing, Defendant respectfully requests an extension of time to and including March 7, 2007, to answer or otherwise respond to Plaintiff's Complaint.

February 7, 2007          Respectfully submitted,


                          _____
                          JEFFREY A. TAYLOR, DC Bar #498610
                          United States Attorney


                          _____
                          RUDOLPH CONTRERAS, DC Bar #434122
                          Assistant United States Attorney


                          _____
                          MADELYN JOHNSON, DC Bar #396739
                          Assistant United States Attorney

**CERTIFICATE OF SERVICE**

     I CERTIFY that on February 7, 200, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Douglas L. Pennington
Reg. No. 26550-044
Federal Correctional Complex (Low)
PO Box 9000
Forrest City, Arkansas 72336-9000

                                              _____/s/_____
                                              Madelyn E. Johnson
                                              Assistant U.S. Attorney
                                              555 4th Street, N.W., Rm. E4114
                                              Washington, D. C.  20530

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

DOUGLAS L. PENNINGTON,          )
                                )
        Plaintiff,               )
                                )
    v.                           ) Civil Action No. 06-1808 RWR
                                )
EXECUTIVE OFFICE FOR THE U.S.    )
    ATTORNEY'S,                  )
                                )
        Defendant.               )
_____)
```

ORDER

UPON CONSIDERATION of defendant Executive Office for the United States Attorney's motion for enlargement of time, any response thereto, and the record in this case, it is this _____ day of _____, 2007

ORDERED that the motion should be, and hereby is, GRANTED, and it is further

ORDERED that the defendant Executive Office for the United States Attorney's shall have to and including March 7, 2007 within which to answer, move, or otherwise respond to the Complaint in this case.

_____
UNITED STATES DISTRICT JUDGE