UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOUGLAS L. PENNINGTON, )
)
    Plaintiff, )
)
    v. ) Civil Action No. 06-1808 (RWR)
)
UNITED STATES DEPARTMENT OF JUSTICE,)
)
    Defendant . )
_____)

**A N S W E R**

The Defendant, United States Department of Justice, by and through the undersigned, files the following answer to the Complaint in the above-captioned matter.

**FIRST DEFENSE**

The Complaint fails to state a claim under the Freedom of Information Act, 5 U.S.C. § 552, et seq.

**SECOND DEFENSE**

In response to the numbered paragraphs of the Complaint, Defendant answers as follows:

1. Admit

2. Admit

3. Admit that the Department of Justice, through its component parts, maintains systems of records containing certain hiring information regarding Assistant United States

Attorneys, but Defendant is without information sufficient to admit or deny whether those systems of records contain the information as alleged in this paragraph.

    4.  Deny

    5.  Deny

    6.  Defendant is without sufficient information to admit or deny the truth or falsity of Plaintiff's alleged thought processes contained in the first sentence of this paragraph, except to state that Defendant denies that the Executive Office for U.S. Attorneys failed to rule on Plaintiff's appeal.  The second sentence of this paragraph asserts a legal conclusion to which no response is required; to the extent that a response is required, deny.

    7.  This paragraph asserts a legal conclusion to which no response is required; to the extent that a response is required, deny.

    8.  This paragraph contains Plaintiff's characterization of a Freedom of Information Act request (unidentified by date or addressee).  The Court is respectfully referred to the document itself as the best evidence of its content.

    9.  Deny

    10.  Deny

    11.  This paragraph contains Plaintiff's characterization of a Freedom of Information Act request (unidentified by date or addressee).  The Court is respectfully referred to the document itself as the best evidence of its content.

12. Deny, except to state that the Freedom of Information Act does not require that an agency create responsive records.

13. Deny

The balance of the Complaint contains Plaintiff's prayer for relief to which no response is required; to the extent a response may be required, deny that Plaintiff is entitled to the relief requested or to any relief.

Defendant denies any allegation of fact not specifically admitted herein.

WHEREFORE, Defendant requests that the Court dismiss the above-captioned civil action and award Defendant whatever additional relief the Court deems appropriate.

    Respectfully submitted,
       /s/
    JEFFREY A. TAYLOR, D.C. BAR # 498610
    United States Attorney
       /s/
    RUDOLPH CONTRERAS, D.C. BAR # 434122
    Assistant United States Attorney
        /s/
    MADELYN E. JOHNSON, DC Bar #292318
    Assistant United States Attorney
    U.S. Attorney's Office, Rm  E4114
    555 4th Street, N.W.
    Washington, D.C.  20530
    *(202) 514-7135*

CERTIFICATE OF SERVICE

      I CERTIFY that on March 7, 2007, plaintiff was served with a copy of the foregoing Answer via first-class mail postage prepaid and addressed:

Douglas L. Pennington
#26550-044
Federal Correctional Complex (Low)
P.O. Box 9000
Forest City, Arkansas 72336-9000

                                 _____/s/_____
                                 Madelyn E. Johnson
                                 Assistant U.S. Attorney
                                 555 4th Street, N.W., Rm. E4114
                                 Washington, D. C.  20530
                                 (202) 514-7135