UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____  )
                             )
**DOUGLAS L. PENNINGTON,**   )
                             )
    **Plaintiff,**      )
                             )
    v.                 )  Civil Action No. 06-1808 (RWR)
                             )
**UNITED STATES DEPARTMENT** )
**OF JUSTICE,**              )
                             )
    **Defendant.**      )
_____  )

## ORDER FOR INITIAL SCHEDULING PROPOSAL

    It is hereby ORDERED that counsel for the defendant file no later than March 23, 2007 a memorandum proposing a schedule upon which this case should proceed. Pro se plaintiff shall have twenty-one days thereafter to file a written response. The parties' submissions should also advise the Court whether they consent to the transfer of this case to a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c).

    Parties' written communication with the Court shall be by submissions on the docket and not by letters to chambers. Oral inquiries concerning the status or scheduling of any pending matter shall be directed to the Courtroom Deputy Clerk, Ms. Linda Romero, (202) 354-3166, rather than to chambers. If Ms. Romero is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office designated as her substitute. In an emergency, however, chambers can be reached at (202) 354-3400.

    A request for a continuance of a court date must include alternative dates that have been agreed to by all parties. Failure to provide such information may result in denial of the request.

      3/9/07                                  /s/
Date                                      RICHARD W. ROBERTS
                                        United States District Judge