UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS L. PENNINGTON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No.  06-1808 (RWR) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
|     JUSTICE, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

*DEFENDANT'S PROPOSED INITIAL SCHEDULING ORDER*

Defendant, through undersigned counsel, respectfully files this proposed initial scheduling order pursuant to the Court's Order of March 9, 2007.

1.  This is a Freedom of Information Act (FOIA) case through which plaintiff seeks records, or more specifically information, regarding the dates of employment of an Assistant United States Attorney in the Eastern District of Missouri.  By letter dated March 20, 2007, the Executive Office for United States Attorneys (EOUSA) forwarded to Mr. Pennington a copy of a letter from the Human Resources Specialist in the United States Attorney's Office for the Eastern District of Missouri (USA-EDM) containing the information responsive to plaintiff's "very narrowly drawn" request.  See Exh. A (March 20, 2007 Letter from EOUSA to Douglas Pennington, and enclosure, March 12, 2007 Letter from USA-EDM to EOUSA).  Accordingly, defendant believes this case is ripe for

adjudication through the filing of a dispositive motion on mootness grounds. The proposed schedule outlined below reflects that belief:

    Defendant shall file a dispositive motion on or before March 30, 2007;

    Plaintiff shall file any response thereto on or before April 13, 2007; and

    Defendant shall file any reply, if necessary, on or before seven business days after counsel for defendant is served with a copy of Plaintiff's filing.

2. The Court's Order of March 9, 2007 also directed the parties to advise the Court whether they consent to the transfer of this case to a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c). Defendant consents.

    Respectfully submitted,
       /s/
    JEFFREY A. TAYLOR, D.C. BAR # 498610
    United States Attorney
       /s/

    RUDOLPH CONTRERAS, D.C. BAR # 434122
    Assistant United States Attorney

       /s/
    MADELYN E. JOHNSON, DC Bar #292318
    Assistant United States Attorney
    U.S. Attorney's Office, Rm E4114
    555 4th Street, N.W.
    Washington, D.C. 20530
    *(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on March 23, 2007, plaintiff was served with a copy of the foregoing via first-class mail postage prepaid and addressed:

Douglas L. Pennington
#26550-044
Federal Correctional Complex (Low)
P.O. Box 9000
Forest City, Arkansas 72336-9000

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135