```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____    )
                                  )
**DOUGLAS L. PENNINGTON**,         )
                                  )
    **Plaintiff**,                 )
                                  )
    **v.**                         )    **Civil Action No. 06-1808 (RWR)**
                                  )
**UNITED STATES DEPARTMENT**       )
**OF JUSTICE**,                    )
                                  )
    **Defendant**.                 )
_____    )

## SCHEDULING ORDER

It is hereby

ORDERED that:

1.   The deadline for defendant's dispositive motion is June 15, 2007.  Plaintiff must file his response to any dispositive motion by June 29, 2007.  <u>Plaintiff is cautioned that failure to respond by this deadline may result in the motion being deemed unopposed and granted by the Court.</u>  If defendant elects to file a reply, it must be filed on or before seven business days after counsel for defendant is served with a copy of plaintiff's filing.

2.   **Court dates may be continued only by leave of Court.**  A motion for a continuance of a court date must include alternative dates that have been agreed to by all parties.  Failure to provide such information may result in denial of the motion.

- 2 -

3. **Deadlines may be altered, when all parties consent, by the filing of a Consent Notice specifying the altered deadlines and stating all parties' consent.**

4. Any motion that does not comply with Local Civil Rule 7(c) or 7(m) may be, *sua sponte*, denied.

5. Every motion for summary judgment and opposition to such a motion must comply with Local Civil Rule 56.1. Every statement of undisputed material facts accompanying such a motion and every separate concise statement of genuine disputed issues accompanying such an opposition must be set forth in separately numbered paragraphs. Every opposition to a motion for summary judgment must contain a response to the statement of undisputed material facts that sets forth each paragraph of the movant's statement and immediately following each such paragraph sets forth the opponent's response to those facts along with specific references to the parts of the record relied upon to support the response. If an opposition fails to include a separate concise statement of genuine disputed issues, or a response to the statement of undisputed material facts, or specific references to the parts of the record relied upon to support the statement or response, the court may treat as conceded any facts asserted in the movant's statement of undisputed material facts.

6. The parties and their counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral

- 3 -

evaluation, is encouraged and available upon request to the Court at any time, as is a settlement conference before a magistrate judge.  If the case settles in whole or in part, plaintiff shall advise the Court by promptly filing a stipulation.

    7.   Parties' written communication with the Court is to be by motion, opposition, and reply, rather than by letter.  Oral inquiries concerning the status or scheduling of any pending matter shall be directed to the Courtroom Deputy Clerk, Ms. Linda Romero, (202) 354-3166, rather than to chambers.  If Ms. Romero is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office designated as her substitute.  In an emergency, however, chambers can be reached at (202) 354-3400.

    SIGNED this 6th day of June, 2007.


                                                          /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge