```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **DOUGLAS L. PENNINGTON,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil Action No. 06-1808 (RWR) |
| | ) |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | ) |
| | ) |
|     Defendant. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that the Department of Justice's motion [11] be, and hereby is, GRANTED. Plaintiff's complaint is DISMISSED. This is a final, appealable order.

SIGNED this 30th day of August, 2007.

                                                /s/
                                 RICHARD W. ROBERTS
                                 United States District Judge